UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALFREDO GUZMAN LOPEZ et al.,

                           Plaintiffs,

      -v-

TRAVELERS WEST INC. d/b/a 3 STAR COFFEE
SHOP and ANTHONY GIANNOPOULOS,

                          Defendants.

------------------------------------------------------------------X

14 Civ. 1884 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2014

PAUL A. ENGELMAYER, District Judge:

     An initial pretrial conference in this case was held today. For the reasons set forth on the record of the conference, defendants' motion to dismiss Claims Eight and Nine of the First Amended Complaint is denied.

     The Clerk of Court is directed to terminate the matters pending at docket 17 and 26.

SO ORDERED.

                                                          _____
                                                           Paul A. Engelmayer
                                                           United States District Judge

Dated: August 20, 2014
       New York, New York