```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/24/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALFREDO GUZMAN LOPEZ et al.,

         Plaintiffs,

    -v-

TRAVELERS WEST INC. d/b/a 3 STAR COFFEE
SHOP and ANTHONY GIANNOPOULOS,

         Defendants.

------------------------------------------------------------------X

14 Civ. 1884 (PAE)

ORDER OF DISCONTINUANCE

PAUL A. ENGELMAYER, District Judge:

  The parties in this case have entered a stipulation of discontinuance. Dkt. 66. As such, the above-captioned action is hereby discontinued. The Clerk of Court is respectfully directed to terminate all pending deadlines and conferences, and to close this case.

  SO ORDERED.

                _____
                Paul A. Engelmayer
                United States District Judge

Dated: April 24, 2015
   New York, New York